UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Rush H. Scott,

    Plaintiff

v.

Carolyn W. Colvin, Acting Commissioner of Social Security Administration,

    Defendant

2:14-cv-02077-JAD-CWH

Order Adopting Report and Recommendation, Denying Motion for Reversal or Remand, and Granting Cross-Motion to Affirm

[ECF Nos. 11, 12, 14]

    Rush Scott filed this action to seek review of the Social Security Commissioner's denial of his application for disability insurance benefits. Magistrate Judge Hoffman recommends that I deny Scott's motion for reversal or remand and grant the Commissioner's cross-motion to affirm.[1] Objections to the magistrate judge's recommendation were due May 20, 2016, and neither party has filed an objection or requested an extension to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

    Accordingly, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that **Magistrate Judge Hoffman's report and recommendation [ECF No. 14] is ADOPTED; Scott's motion to remand to social security [ECF No. 11] is DENIED; and the Commissioner's motion to affirm [ECF No. 12] is GRANTED.**

    The Clerk of Court is directed to enter judgment accordingly and CLOSE THIS CASE.

    Dated this 25th day of May, 2016.

_____
Jennifer A. Dorsey
United States District Judge

---

[1] ECF No. 14.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).